UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES GRAVAS,

    Plaintiff,

v.

ADMIN RECOVERY, LLC,

    Defendant,

---

Civil Action No. 19-CV-00239

## STIPULATION OF DISCONTINUANCE

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41(a) of the Local Rules of the Western District of New York, **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

Dated: 12/16/2019

/s/ Seth J. Andrews
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorney for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

Dated: 12/16/2019

/s/ John P. Touhey
John P. Touhey, Esq.
Admin Recovery LLC.
*Attorney for Defendant*
9159 Main Street
Clarence, NY 14031
Phone: (855) 718-2500